AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KELLY LEE PARSONS,**

       **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**vs.**

                                  **CASE NO.  C2-05-0527**

**REGINALD WILKINSON, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
                                           **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 26, 2008, JUDGMENT is hereby entered in favor of the Defendants.  This case is DISMISSED WITH PREJUDICE.**

Date: March 26, 2008                                 JAMES BONINI, CLERK

                                                           */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk